# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FREDERICK WASHINGTON

NO. 2022 KW 0712

**SEPTEMBER 26, 2022**

---

In Re:    Frederick Washington, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 18-CR10-140008.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT